UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBRALTER, LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DMS FLOWERS, LLC., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00174-CDB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFFS' FAILURE TO PROSECUTE THIS ACTION AND TO COMPLY WITH THE COURT'S ORDERS<br><br>ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE<br><br>**<u>FIVE-DAY DEADLINE</u>** |

　　　　Plaintiffs Gibralter, LLC and Divinely, Inc. ("Plaintiffs") commenced this action with the filing of a complaint against Defendants DMS Flowers, LLC, Maria Pantoja, Samantha Andrade, and Daniel Andrade ("Defendants") on February 6, 2024. (ECF No. 1). The following day, the Clerk of the Court issued summonses and the Court entered an Order setting a mandatory scheduling conference for May 2, 2024 (the "Order"). (ECF Nos. 2, 3). The Order directed Plaintiff to "diligently pursue service of summons and complaint" and "promptly file proofs of service." The Order further advised Plaintiffs that failure to diligently prosecute this action "may result in the imposition of sanctions, including the dismissal of unserved defendants." To date, Plaintiffs have not filed proofs of service and no Defendant has appeared in the action, requiring the Court to reset the mandatory scheduling conference. Plaintiffs also have violated their

obligation under the Order to file a joint scheduling report at least one week in advance of the mandatory scheduling conference.  (ECF No. 3 at 2).

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED that **<u>within five (5) days</u>** of entry of this order, Plaintiffs **SHALL** show cause in writing why sanctions should not be imposed for their failure to prosecute this action, to serve the summonses and complaint in a timely manner, and to comply with the Court's orders concerning the mandatory scheduling conference. Alternatively, by that same deadline, Plaintiffs may file proofs of service demonstrating the summonses and complaint have been served on all Defendants.

IT IS FURTHER ORDERED that the mandatory scheduling conference previously set for May 2, 2024, is CONTINUED to June 5, 2024, at 9:00 a.m.

Any failure by Plaintiffs to timely respond to this Order to Show Cause may result in the imposition of sanctions, including financial sanctions and a recommendation to dismiss this action.

IT IS SO ORDERED.

Dated:   **April 26, 2024**                                             _____
                                                                                                 UNITED STATES MAGISTRATE JUDGE