UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GIBRALTER, LLC *et al.*,

Plaintiffs,

v.

DMS FLOWERS, LLC, *et al.*,

Defendants.

Case No. 1:24-cv-00174-CDB

ORDER GRANTING IN PART PLAINTIFFS' EX PARTE MOTION FOR ORDER TO CONTINUE TIME TO SEEK DEFAULT JUDGMENT

(Doc. 34)

On February 6, 2024, Plaintiffs Gibralter, LLC, and Divinely, Inc. ("Plaintiffs") initiated this action with the filing of a complaint against Defendants DMS Flowers, LLC, Maria Pantoja, Samantha Andrade, and Daniel Andrade (collectively "Defendants"). (Doc. 1). Following service, after all four Defendants failed to timely respond to the complaint, on Plaintiffs' request, the Clerk of the Court entered defaults as to all Defendants. (Docs. 24, 25, 27, 29).

On June 14, 2024, the Court ordered Plaintiffs to file motions for default judgment as to all defaulting Defendants within 30 days of entry of the Court's order. (Doc. 30). On June 27, 2024, Plaintiffs filed a motion for leave to take discovery upon entry of default and prior to any Rule 26(f) conference. (Doc. 31). Defendants' opposition, if any, is due on July 11, 2024, and the hearing noticed on Plaintiffs' motion is set for July 26, 2024.

Pending before the Court is Plaintiffs' ex parte motion for order to extend the time to file motions for default judgment. (Doc. 34). Plaintiffs assert they are unable to file a comprehensive

motion seeking the entry of default judgment without first conducting discovery. *Id*. at 2-3. Further, Plaintiffs renew their request (Doc. 31) to seek discovery upon entry of default and prior to Rule 26(f) conference, four days after the initial request was filed. *Id*.

In light of Plaintiffs' representations and good cause appearing, Plaintiffs' request for an extension of time to file motions for default judgment is warranted. However, as Defendants still have time to file any opposition or statement of non-opposition to Plaintiffs' pending motion to conduct discovery (Doc. 31), the Court declines to advance consideration of that pending motion.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiffs' ex parte motion for order to continue time to file default judgment (Doc. 34) is GRANTED IN PART to the following extent:
    i. The motion is GRANTED to the extent of extending the time for filing motions for default judgment through and including November 8, 2024.
2. Plaintiffs are directed to serve copies of this order on all Defendants in the same manner as service was made of Plaintiffs' motion (*e.g.*, U.S. postal mail and email) and to file proofs of service thereof within seven (7) days of entry of this order.

IT IS SO ORDERED.

Dated: **July 2, 2024**

UNITED STATES MAGISTRATE JUDGE